1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                   AT TACOMA

10  COREY KEARN,

11                                              No. C10-5334 RBL/KLS
                    Plaintiff,
12         v.                                   ORDER TO AMEND OR SHOW CAUSE

13  LAKEWOOD POLICE DEPARTMENT, *et al.*,

14
                    Defendants.
15

16     This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28

17  U.S.C. § 636(b)(1), Local Rules MJR 3 and 4.  Under separate Order, the court has granted

18  Plaintiff's application to proceed *in forma pauperis.*

19     On May 11, 2010, Mr. Kearn filed a proposed prisoner civil rights complaint. Dkt. 1.  On

20  May 21, 2010, Mr. Kearn filed an Amended Complaint. Dkt. 3.  In his Amended Complaint, Mr.

21  Kearn makes reference to information "already on record." Dkt. 3, p. 2.  This reference is

22  presumably to exhibits attached to his first proposed complaint.   However, incorporation by

23  reference to an earlier filed complaint does not bring the referenced materials within the

24  amended complaint for the court's consideration.
25
26

ORDER TO AMEND OR SHOW CAUSE- 1

An amended complaint operates as a <u>complete</u> substitute for (rather than a mere supplement to) the present complaint.  In other words, an amended complaint supersedes the original in its entirety, making the original as if it never existed.  Therefore, reference to another document is not an acceptable amendment.  In addition, Mr. Kearn cannot proceed and the court will not order service of two separate complaints.  Mr. Kearn must include all of his factual allegations, legal claims, exhibits and requests for relief in an amended complaint before the court will order service.

Plaintiff shall file his amended complaint, setting forth all of his factual claims, causes of action, claims for relief, and any exhibits, on or before **June 18, 2010**.  Plaintiff is cautioned that if an amended complaint is not timely filed or if Plaintiff fails to adequately address the issues raised herein on or before **June 18, 2010**, the Court will recommend dismissal of this action as frivolous.

The Clerk is directed to send Plaintiff the appropriate forms so that he may file an amended complaint and to send to Plaintiff a copy of his original proposed complaint (Dkt. 1-2).

**DATED** this 26th day of May, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 2