UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COREY KEARN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LAKEWOOD POLICE DEPARTMENT,<br>OFFICER REIGLE, OFFICER HALL,<br>and OFFICER RUSSELL,<br><br>　　　　　　　　Defendants. | No. C10-5334 RBL/KLS<br><br>ORDER DENYING THIRD MOTION FOR THE APPOINTMENT OF COUNSEL |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the court is Plaintiff's third motion for the appointment of counsel.[1] Dkt. 23.

Plaintiff's first and second motions for counsel (Dkts. 17 and 18) were denied by Order dated August 16, 2010. Dkt. 19. Plaintiff did not immediately receive the Order denying his motion as it was returned to the court as undeliverable. Dkt. 21. The Order was resent to Plaintiff on August 27, 2010. *Id.* On September 7, 2010, Mr. Kearn notified the court that his address changed. Dkt. 22. On the same day, he filed his third motion for counsel. Dkt. 23. He raises no new grounds in this latest motion.

---

[1] The motion is docketed as Plaintiff's "second" motion to appoint counsel, but Plaintiff has filed two previous motions requesting counsel (Dkts. 17 and 18).

ORDER DENYING MOTION FOR COUNSEL - 1

1  Accordingly, it is **ORDERED:**

2  Plaintiff's third motion to appoint counsel (Dkt. 23) is **DENIED**. The Clerk is directed to
3  send copies of this Order to Plaintiff.

4

5  DATED this  10th  day of September, 2010.

6

7  Karen L. Strombom
   United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING MOTION FOR COUNSEL - 2