UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COREY KEARN,<br><br>                      Plaintiff,<br>    v.<br><br>LAKEWOOD POLICE DEPARTMENT, OFFICER REIGLE, OFFICER HALL, and OFFICER RUSSELL,<br><br>                      Defendants. | No. C10-5334 RBL/KLS<br><br>ORDER DENYING PLAINTIFF'S EMERGENCY MOTION, MOTION FOR ATTORNEY, AND MOTION FOR EXTENSION OF DEADLINES |

      Before the Court are Plaintiff's letter request for the appointment of counsel (ECF No. 31), Motion for Extension of Time on Deadlines (ECF No. 33), and Emergency Motion for Stay Pending Appointment of Attorney and Request for Appointment of Attorney (ECF No. 35). Plaintiff's previous three motions requesting counsel were denied. ECF Nos. 19 and 24. His motion for reconsideration, filed seven months later, was also denied. ECF No. 29. The Court granted Plaintiff's request to extend the discovery deadline because he asserted he was undergoing treatment for mental health issues and drugs. *Id.*

      There is no legal or factual basis requiring the Court to continue to revisit Plaintiff's repeated requests for counsel. Plaintiff insists that he is not of sound mind to prosecute his case, that he must rely on other inmates to assist him, and that he will require an expert medical witness to prove his case of assault. ECF No. 36. As previously noted by the Court, these are not extraordinary circumstances warranting the appointment of counsel. Plaintiff has not

ORDER - 1

demonstrated how his mental health issues, if any, prevent him from adequately pursuing his claims. Plaintiff filed his complaint pro se and he has demonstrated an adequate ability to articulate his claims pro se. Plaintiff has not demonstrated that the issues involved in this case are complex or that he has had any difficulties in expressing them. The issue in this case, whether or not there was an unconstitutional use of force, is not complex. Nor has plaintiff provided any evidence of exceptional circumstances or a likelihood of success on the merits.

Plaintiff's request for a second extension of the discovery deadline is similarly without merit. According to counsel for Defendants, Plaintiff has not engaged in any discovery in this case and has not taken any steps to prosecute his case other than to file repeated requests for counsel. ECF No. 34, p. 2. Plaintiff also declined to discuss a discovery plan with defense counsel until he obtained an attorney. *Id.* Plaintiff's deposition is currently scheduled to be taken at Shelton on Friday, May 20th. Plaintiff's deposition has already been rescheduled once at his request. Defendants have made the necessary arrangements to proceed with Plaintiff's deposition at Shelton on Friday, including background checks for counsel and the court reporter, reserving room for the deposition, and coordinating with Plaintiff's schedule within the facility. *Id.*

There is no basis for extending the discovery deadline further or for delaying Plaintiff's deposition.

The Court is troubled by the Plaintiff's repeated motions for counsel, in which he fails to demonstrate that he meets the legal standard for the appointment of counsel. Under Rule 11 of the Federal Rules of Civil Procedure, Plaintiff's signature on a pleading is an indication that the motion is brought in good faith and is not designed to needlessly increase the cost of litigation. Plaintiff is warned that future motions should address the proper legal standard for the Court's

ORDER - 2

consideration.  Failure to do so may result in sanctions, which may include costs, monetary sanctions, and possibly dismissal of the action.

      Accordingly, it is **ORDERED:**

(1)    Plaintiff's letter requesting the appointment of counsel (ECF No. 31), Motion for Extension of Time on Deadlines (ECF No. 33), and Emergency Motion for Stay Pending Appointment of Attorney and Request for Appointment of Attorney (ECF No. 35) are **DENIED**.

(2)    The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  18th  day of May, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 3