UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COREY KEARN,<br><br>Plaintiff,<br><br>v.<br><br>LAKEWOOD POLICE DEPARTMENT, OFFICER REIGLE, OFFICER HALL, and OFFICER RUSSELL,<br><br>Defendants. | NO. C10-5334 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF DISPOSITIVE MOTION DEADLINE |

Before the Court is Defendants' motion requesting an extension of the deadline to file dispositive motions from July 8, 2011 to August 5, 2011. ECF No. 40. Defendants state that the extension is necessary as the parties have arranged a telephone conference to occur on Friday, July 8, 2011, which may impact the decision to file a dispositive motion. Defendants do not anticipate that Plaintiff will object to the extension.

Accordingly, it is **ORDERED:**

(1) Defendants' motion (ECF No. 40) is **GRANTED**.

(2) The deadline for filing dispositive motions is **August 5, 2011.**

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  19th  day of July, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1