1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6   COREY KEARN,

7                              Plaintiff,

8        v.

9   CITY OF LAKEWOOD, LAKEWOOD
    POLICE DEPARTMENT, OFFICER
10  REIGLE, OFFICER HALL, and OFFICER
    RUSSELL,
11

12                              Defendants.

No. C10-5334 RBL/KLS

ORDER DIRECTING PLAINTIFF TO
ADVISE COURT OF INTENT TO
PROSECUTE

13        On November 18, 2011, Plaintiff filed an untitled document addressed to the undersigned

14  stating that he was "not fit" and that he was "stressing over this lawsuit."  ECF No. 55.  The

15  Clerk docketed the document as a motion for voluntary dismissal and noted the motion for

16  consideration on November 18, 2011.  Defendants object to any voluntary dismissal of the case.

17  ECF No. 56.  However, the nature of Plaintiff's filing is unclear and large portion of it is

18  illegible.  *See* ECF No. 55.  It is also not clear to the Court whether Plaintiff intended to file a

19  motion to voluntarily dismiss his complaint.

20

21        Accordingly, it is **ORDERED:**

22        (1)     Plaintiff shall advise this Court whether he intends to continue to prosecute his

23  case.  He should do so by filing a letter with the Clerk **on or before January 6, 2012.**  If

24  Plaintiff does not wish to continue to prosecute his case, he should file a motion for voluntary

25  dismissal with the Clerk.

26

ORDER - 1

(2)      The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.


**DATED** this  12th  day of December, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2